UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
**NOVEMBER 7, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Civil Cover Sheet

**07 C 6318**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974.  The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.  This form is authorized for use <u>only</u> in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff:**<br>Excavating, Grading, Asphalt, Private Scavengers, et al | **Defendants:**<br>Lechner and Sons |

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE COLE**

County of Residence:   COOK                                COOK

**CEM**

Plaintiff's Atty:   Robert E. Bloch
Dowd, Bloch & Bennett
8 S. Michigan Ave., 19th Fl.
Chicago, IL  60603
(312) 372-1361

II. Basis of Jurisdiction:           **3.  Federal Question (U.S. not a party)**

III.  Citizenship of Principal
Parties  **(Diversity Cases Only)**

Plaintiff:    **- N/A**
Defendant: **- N/A**

IV.  Origin:                         **1.  Original Proceeding**

V.  Nature of Suit:                  Labor 29 USC Section 185

VI.  Cause of Action:                **Compel Arbitration**

VII.  Requested in Complaint

Class Action:     **No**
Dollar Demand:  **N/A**
Jury Demand:    **No**

VIII.   This case **IS NOT** a refiling of a previously dismissed case.

Signature:   /s/ Robert E. Bloch                               Date: November 7, 2007
                    Robert E. Bloch