UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS SUMMONS IN A CIVIL CASE

| | |
|---|---|
| Excavating, Grading, Asphalt, Private Scavengers, Automobile Salesroom Garage Attendants and Linen and Laundry Drivers, Local No. 731, International Brotherhood of Teamsters, | Case Number: 07 C 6318 |
| Plaintiff, | Assigned Judge: Judge Holderman |
| v. | Designated Magistrate Judge: Judge Cole |
| Lechner and Sons, | |
| Defendant. | |

TO: (Name and address of defendant)

Lechner and Sons
Michael Klupchak, Agent for Service
Laner, Muchin, Dombrow, Becker, Levin & Tominberg
515 N. State, 28th Floor
Chicago, IL 60610

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert E. Bloch
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS                                    NOV 15 2007
Michael W. Dobbins, Clerk                                  Date

(by) Deputy Clerk

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: 11/16/07 |
| NAME OF SERVER (PRINT) Alan W. Ashbeck | TITLE Clerk |
| Check one box below to indicate appropriate method of service | |

[ ] Served personally upon the defendant. Place where served: _____

[✓] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Lisa Fountain, Secretary

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/16/07
            Date                              Signature of Server

8 S. Michigan Ave.
Address of Server

Chicago, IL. 60603