## CERTIFICATE OF SERVICE

      The undersigned will cause to be served a copy of this Notice of Motion via electronic filing on the parties listed below who are eligible to receive e-filing and by having copies delivered directly via electronic mail on January 16, 2008:

Robert H. Brown  
Laner, Muchin, Dombrow, Becker,  
Levin and Tominberg, Ltd.  
515 N. State Street, Suite 2800  
Chicago, IL 60610  
rbrown@lanermuchin.com

                                /s/ Robert E. Bloch  
                                Robert E. Bloch  
                                One of the attorneys for plaintiff

Robert E. Bloch  
Ronald W. Willis  
Steven W. Jados  
DOWD, BLOCH & BENNETT  
8 S. Michigan Avenue  
19th floor  
Chicago, IL 60603  
312-372-1361