IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXCAVATING, GRADING, ASPHALT, PRIVATE SCAVENGERS, AUTOMOBILE SALESROOM GARAGE ATTENDANTS AND LINEN AND LAUNDRY DRIVERS, LOCAL NO. 731, INTERNATIONAL BROTHER-HOOD OF TEAMSTERS,<br><br>    Plaintiff,<br><br>v.<br><br>LECHNER AND SONS,<br><br>    Defendant. | Case No. 07 C 6318<br><br>Chief Judge Holderman<br><br>Magistrate Judge Cole |

**NOTICE OF MOTION**

To:    Robert H. Brown
       Laner, Muchin, Dombrow, Becker,
        Levin and Tominberg, Ltd.
       515 N. State Street, Suite 2800
       Chicago, IL 60610

    PLEASE TAKE NOTICE that on Thursday, January 24, 2008, at 9:00 a.m., or as soon thereafter as I may be heard, I will present the attached Motion for Petition to Compel Arbitration to Chief Judge Holderman, in the courtroom usually occupied by him, or to another Judge sitting in his stead, a copy of which is served upon you.

                                                  /s/ Robert E. Bloch
                                                  Robert E. Bloch
                                                  One of the attorneys for plaintiff

Robert E. Bloch
Ronald W. Willis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue
19th floor
Chicago, IL 60603
312-372-1361