IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXCAVATING, GRADING, ASPHALT, PRIVATE SCAVENGERS, AUTOMOBILE SALESROOM GARAGE ATTENDANTS AND LINEN AND LAUNDRY DRIVERS, LOCAL NO. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>    Plaintiff,<br><br>v.<br><br>LECHNER AND SONS,<br><br>    Defendant. | Case No. 07 C 6318<br>Judge Holderman<br>Magistrate Judge Cole |

**STIPULATION OF DISMISSAL**

Plaintiff, having filed a Petition to Compel Arbitration, and Defendant having agreed to submit to arbitration (on issues of arbitrability and substance), and the parties having otherwise resolved all issues in this matter, hereby stipulate and agree that this matter may be dismissed without prejudice, each party to bear its own costs and fees.  The Court will retain jurisdiction to enforce Defendant's agreement to arbitrate.  The Dismissal shall be deemed with prejudice as of August 1, 2008 unless Plaintiff files a Motion to Reinstate to enforce due to any alleged refusal to arbitrate.  Any Motion may be directed only to such refusal.

| | |
|---|---|
| /s/ Robert E. Bloch<br>Robert E. Bloch<br>Attorney for Plaintiff | /s/ Robert H. Brown<br>Robert H. Brown<br>Attorney for Defendant<br>Lechner and Sons Inc. |
| Dated January 24, 2008 | Dated:  January 24, 2008 |
| Dowd, Bloch & Bennett<br>8 South Michigan Avenue<br>19th Floor<br>Chicago, IL 60603<br>(312) 372-1361<br>(312) 372-6599 (fax)<br>rebloch@dbb-law.com | Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd.<br>515 North State Street, Suite 2800<br>Chicago, Illinois 60610<br>(312) 467-9800<br>(312) 467-9479 (fax)<br>rbrown@lanermuchin.com |