UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

| | |
|---|---|
| Excavating, Grading, Asphalt, Private Scavengers, Automobile Salesroom Garage Attendants and Linen and Laundry Drivers, Local No. 731, International Brotherhood of Teamsters | |
| Plaintiff, | |
| v. | Case No.: 1:07–cv–06318 |
| | Honorable James F. Holderman |
| Lechner and Sons | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 24, 2008:

MINUTE entry before Judge James F. Holderman : Plaintiffs' motion to compel arbitration [11] is moot. The Court finds that the stipulation of dismissal form appears appropriate. By stipulation of the parties, this case is dismissed without prejudice, each party to bear its own costs and fees. The Dismissal shall be deemed with prejudice as of August 1, 2008 unless plaintiff files a motion to reinstate to enforce due to any alleged refusal to arbitrate. Any motion may be directed only to such refusal. Civil case terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.